```
PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:  (415) 781-2266
E-Mail:     goodmanlawoffice@att.net

Attorney for Defendant
MARCUS FELDER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARCUS FELDER,<br><br>　　　　Defendant.<br>_____ | CR-14-0536 MMC<br><br>STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |

The United States of America, by its attorneys, Melinda Haag, United States Attorney ("USA"), and Assistant United States Attorney ("AUSA") KYLE F. WALDINGER, and defendant MARCUS FELDER, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the March 25, 2015, date currently set for defendant FELDER to appear before this Court for a Status Conference be vacated and his case be continued to May 6, 2015, for a further Status Conference.

The parties hereby stipulate and agree to the following:

1. On October 28, 2014, a seven count Indictment was filed in this matter charging defendant FELDER with violations of 18 U.S.C. §§1029(a)(2) (Counts One, Two and Three), 1029(a)(3) (Count Four), 1029(a)(4) (Count Five), 1028(a)(1) (Count Six) and 21 U.S.C. §841(a)(1) & (b)(1)(a)(viii) (Count Seven).

2. On February 1, 2013, officers from the San Francisco Police Department ("SFPD") executed a search warrant issued by San Francisco Superior Court Judge Angela Bradstreet on Unit 1026, 601 Van Ness Avenue, San Francisco, an apartment leased to defendant FELDER. The execution of that warrant by the SFPD resulted in the seizure of three lap top computers, two tower computers, six external hard drives, thirteen flash drives and other evidence relevant to the first six counts in the indictment. The Department of Homeland Security took custody of that evidence and conducted forensic testing of the electronic devices and media. Defense counsel needs additional time to review the seventy-two pages of forensic reports generated by that testing.

3. Defense counsel has discussed with AUSA Waldinger continuing the upcoming Status Conference in this matter. AUSA Waldinger is unavailable April 22, 2015, and April 29, 2015, but is available May 6, 2015. He is not opposed to vacating the Status Conference set for March 25, 2015, and continuing the matter to May 6, 2015. Therefore, the parties request that the Court vacate the March 25, 2015, date currently set for a Status Conference and continue this matter to May 6, 2015, at 2:15 p.m. for a further Status Conference.

4. The parties hereby stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from March 25, 2015, through May 6, 2015, in the interests of justice and to ensure the effective assistance of counsel for defendant FELDER.

SO STIPULATED

DATED:   March 19, 2015

                MELINDA HAAG
                United States Attorney

     By:       /s/
            KYLE F. WALDINGER
            Assistant United States Attorney

SO STIPULATED

DATED:  March 19, 2015

                                /s/
                      PETER GOODMAN
                      Attorney for Defendant
                      MARCUS FELDER

## ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

      Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the March 25, 2015, date currently set for defendant FELDER to appear before this Court for a Status Conference is vacated and the matter is continued to May 6, 2015, at 2:15 p.m. for a further Status Conference.

      IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from March 25, 2015, through May 6, 2015, in the interests of justice and to ensure effective assistance of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  March 19, 2015

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE