PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
E-Mail:       goodmanlawoffice@att.net

Attorney for Defendant
MARCUS FELDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARCUS FELDER,<br><br>　　　　　Defendant.<br>_____ | CR-14-0536 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE ON DEFENSE MOTION TO SUPPRESS EVIDENCE AND SETTING NEW DATE FOR HEARING** |

　　　　The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Kyle F. Waldinger, and defendant MARCUS FELDER, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the hearing date of September 6, 2016, currently set for the defense to present evidence in support of its suppression motion be vacated and a new hearing date of October 11, 2016, at 10:00 a.m. be set for that hearing.

　　　　The parties further stipulate and agree that:

　　　　1.　　At the last calling of this case, a hearing was scheduled for September 6, 2016, at 10:00 a.m. for the defense to present evidence in support of its suppression motion.　One of the witnesses the defense intended to call at that hearing was James L.

Norris, a forensic computer expert. At the time the hearing date was set, defense counsel believed that Mr. Norris would be available on that date.

2. On August 29, 2016, defense counsel was informed by Mr. Norris that, owing to the illness of the trial judge in a case pending in San Mateo County in which Mr. Norris has been retained to testify, defense counsel in that case had informed him earlier in the day that his testimony would be needed on September 6, 2016.

3. Defense counsel contacted AUSA Waldinger to inform him of the conflict in Mr. Norris' schedule. The parties conferred about possible new dates for the hearing and found they were both available October 11, 2016, at 10:00 a.m. Defense counsel then contacted Courtroom Deputy Tracy Geiger and learned October 11, 2016, was the best available date for the Court as well.

4. The parties further stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from September 6, 2016, through October 11, 2016, in the interests of justice and to ensure the effective assistance of counsel for defendant FELDER.

SO STIPULATED

DATED: August 31, 2016

                    BRIAN J. STRETCH
                    United States Attorney

By:       /s/
     KYLE F. WALDINGER
     Assistant United States Attorney

SO STIPULATED

DATED: August 31, 2016

           /s/
     PETER GOODMAN
     Attorney for Defendant
     MARCUS FELDER

**STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING DATE ON DEFENSE MOTION TO SUPPRESS EVIDENCE AND SETTING NEW DATE FOR HEARING**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the hearing date of September 6, 2016, currently set for the defense to present evidence in support of its suppression motion be vacated and a new hearing of October 11, 2016, at 10:00 a.m. is set for that hearing. ~~2, 2015, with all other dates currently set remaining the same.~~

Based on the stipulation of the parties and good cause appearing, IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from September 6, 2016, to October 11, 2016 in the interests of justice and to ensure the effective assistance of counsel for defendant FELDER.

DATED: September 2, 2016

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE