IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>MARCUS FELDER,<br>　　　　　Defendant. | Case No. 14-cr-00536-MMC-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SUPPRESS**<br>Re: Dkt. No. 100 |

Before the Court is defendant's motion to suppress, filed December 8, 2015. On February 8, 2016, the government filed opposition, to which plaintiff replied on March 1, 2016. Thereafter, the Court conducted an evidentiary hearing on May 10, 2016, which, at the parties' request, continued on October 11, 2016, and October 27, 2016, after which, on February 8, 2017, the Court heard oral argument. Having read and considered the parties' respective written submissions, including supplemental briefing, and having considered the evidence and testimony presented at the evidentiary hearing, as well as the oral arguments of counsel, the Court rules as follows.

For the reasons stated on the record, the motion to suppress is hereby GRANTED in part and DENIED in part, as follows:

1. To the extent defendant seeks to suppress (a) the paper sleeve and its contents, (b) the photocopies of licenses and identification cards found in the blue plastic box, (c) the savings bonds, and (d) the notebook, the motion is GRANTED.

2. In all other respects, the motion is DENIED on the merits, with the exception of the items seized pursuant to the federal search warrant, as to which the motion is DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 9, 2017

MAXINE M. CHESNEY
United States District Judge