PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California 94109
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
MARCUS FELDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCUS FELDER,<br><br>    Defendant.<br>_____ | CR-14-0536 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR AMENDED MOTION TO SUPPRESS EVIDENCE** |

The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, Assistant United States Attorney ("AUSA") Kyle F. Waldinger and AUSA Katherine M. Lloyd-Lovett, and the defendant MARCUS FELDER, by his attorney Peter Goodman, hereby stipulate and agree that the briefing schedule for defendant's Amended Motion to Suppress Evidence (Document 152) be modified to extend the filing date for the defense reply brief from May 24, 2017, to June 7, 2017, and that the hearing date on said motion be continued from June 7, 2017, to June 21, 2017. Defense counsel is proposing these modifications because he has not yet completed work on his reply to the government's opposition and AUSA Waldinger Is unavailable on June 14, 2017, had the hearing been continued to that date. Both government counsel are available on June 21, 2017, and are not opposed to the new dates for the filing of the reply brief and the hearing proposed by defense counsel.

| | |
|---|---|
| 1 | This Court has already ordered an exclusion of time under the Speedy Trial Act |
| 2 | to June 7, 2017. If the current hearing date is continued to June 21, 2017, the parties |
| 3 | stipulate and agree that a further exclusion of time to that date is warranted under 18 |
| 4 | U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) to provide defense counsel with the time |
| 5 | reasonably necessary for effective preparation of his reply brief. The parties further |
| 6 | stipulate and agree that the ends of justice served by continuing the hearing date |
| 7 | outweigh the best interests of the public and the defendant in a speedy trial. |
| 8 | SO STIPULATED |
| 9 | DATED: May 24, 2017 |
| 10 | BRIAN J. STRETCH<br>United States Attorney |
| 11 | |
| 12 | By:      /s/<br>KYLE F. WALDINGER |
| 13 | Assistant United States Attorney |
| 14 | |
| 15 | /s/<br>KATHERINE M. LLOYD-LOVETT |
| 16 | Assistant United States Attorney |
| 17 | |
| 18 | SO STIPULATED |
| 19 | DATED: May 24, 2017 |
| 20 | |
| 21 | /s/<br>PETER GOODMAN |
| 22 | Attorney for Defendant<br>MARCUS FELDER |
| 23 | |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

**ORDER MODIFYING BRIEFING SCHEDULE AND
CONTINUING HEARING DATE ON AMENDED
DEFENSE MOTION TO SUPPRESS EVIDENCE**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on the amended defense suppression motion be modified to provide that the defense reply brief shall be due June 7, 2017, and that the hearing on said motion be continued to June 21, 2017. The Court finds that continuing the hearing date for the defense motion to June 21, 2017, is warranted under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) to provide defense counsel with the time reasonably necessary for effective preparation of his reply to the government opposition to the motion and the ends of justice served by continuing the hearing date outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 25, 2017

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE