| | |
|---|---|
| 1 | PETER GOODMAN<br>Attorney at Law |
| 2 | State Bar No. 65975<br>819 Eddy Street |
| 3 | San Francisco, California 94109<br>Telephone: (4l5) 781-8866 |
| 4 | Facsimile: (415) 781-2266<br>E-Mail: goodmanlawoffice@att.net |
| 5 | |
| 6 | Attorney for Defendant<br>MARCUS FELDER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-14-0536 MMC |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING OF DEFENDANT MARCUS FELDER** |
| vs. | ) | |
| MARCUS FELDER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by its attorneys, Alex G. Tse, Acting United States Attorney for the Northern District of California, Assistant United States Attorney ("AUSA") Kyle F. Waldinger and AUSA Katherine M. Lloyd-Lovett, and the defendant MARCUS FELDER, by his attorney Peter Goodman, hereby stipulate and agree as follows:

1. On February 15, 2018, defendant FELDER was convicted of the four counts charged in the Superseding Indictment in this matter. The Court ordered the defendant to return on May 30, 2018, at 2:15 p.m. for his sentencing hearing.

2. Defense counsel has been gathering additional information about the amount of the actual and intended loss attributable to the defendant for sentencing purposes and his criminal history category, both of which will significantly impact his final sentencing range under § 2B1.1(a) and §§ 4A1.1 and 4A1.2 of the United States Sentencing Guidelines ("USSG"). However, that work is not yet complete and defense

counsel will be in New York City meeting with a client and an expert witness in another matter from April 11, 2018, until he returns to work until April 16, 2018.

3. United States Probation Officer ("USPO") Jill Polish Spitalieri has been assigned to prepare the Presentence Report ("PSR") in this case. She has informed defense counsel that the first draft of the PSR is due to be distributed to the parties on April 18, 2018.

4. In order to provide sufficient time for the defense to complete gathering necessary sentencing information before the draft PSR is distributed, the parties agree and stipulate that good cause exists to continue the sentencing hearing in this matter from May 30, 2018, at 2:15 p.m., to June 20, 2018, at 2:15 p.m. All parties and USPO Spitalieri are available on the proposed date and time.

SO STIPULATED

DATED: April 11, 2018

        ALEX G. TSE
        Acting United States Attorney

By:     /s/
        KYLE F. WALDINGER
        Assistant United States Attorney

        /s/
        KATHERINE M. LLOYD-LOVETT
        Assistant United States Attorney

SO STIPULATED

DATED: April 11, 2018

        /s/
        PETER GOODMAN
        Attorney for Defendant
        MARCUS FELDER

**STIPULATED ORDER CONTINUING SENTENCING HEARING OF DEFENDANT MARCUS FELDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing of defendant MARCUS FELDER be continued from May 30, 2018, at 2:15 p.m. to June 20, 2018, at 2:15 p.m.

DATED: April 11, 2018

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE