IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS FELDER,<br>Defendant. | Case No. 14-cr-00536-MMC-1<br><br>**ORDER RE: ACTUAL LOSS CALCULATION** |

Before the Court are the parties' respective memoranda pertaining to the calculation of actual loss, for the purpose of determining the applicable offense level. See U.S.S.G. § 2B1.1; see also U.S.S.G. § 2B1.1 cmt. n.3(A)(i) (defining "Actual loss").[1]

Having read and considered the parties' written submissions (see Doc. Nos. 268, 281, 286, 329, 332, 350), the Court overrules, with one exception, defendant Marcus Felder's ("Felder") objections and, applying the clear and convincing standard, finds the amounts sought by the government have been adequately supported.

The one exception is a loss in the amount of $2000, attributed by the Fairmont Hotel to "damages to carpet." (See Trial Ex. 40.002.) As defined in the Sentencing Guidelines, "[a]ctual loss" is "the reasonably foreseeable pecuniary harm that resulted from the offense." See U.S.S.G. § 2B1.1 cmt. n.3(A)(i). Unlike the other items listed in the hotel bill, the above-referenced sum was not an amount charged for goods or services received, an[2]d the record before the Court lacks evidence to support a finding

---

[1] At the hearing conducted June 18, 2020, the Court determined the amount of intended loss. See U.S.S.G. § 2B1.1 cmt. n.3(A)(ii) (defining "Intended loss").

[2] At the hearing conducted June 18, 2020, the Court determined the amount of

that Felder authorized the hotel to charge a claimed loss of such nature to the card he provided.

    Accordingly, the Court finds the amount of actual loss is $63,905.15.

**IT IS SO ORDERED.**

Dated: July 23, 2020

MAXINE M. CHESNEY
United States District Judge

---

intended loss.  See U.S.S.G. § 2B1.1 cmt. n.3(A)(ii) (defining "Intended loss").

2